

**FILED & ENTERED**

**SEP 24 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** may        **DEPUTY CLERK**

Gary Leibowitz, Esq., SBN: 91670
The Law Offices of Gary Leibowitz
4050 Katella Ave., Suite 201
Los Alamitos, CA  90720
Phone:  (562) 430-6002
Fax:    (562) 430-8187
Email: attorneygary@gmail.com

Attorney For Debtors
Duglas Arango Arreaga
Rosa D. Arreaga

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Duglas Arango Arreaga,<br><br>and<br><br>Rosa D. Arreaga,<br><br>                                Debtors. | Case No.:  2:09-bk-26487-AA<br><br>Chapter 13<br><br>**ORDER GRANTING MOTION FOR ORDER TO AVOID LIEN OF SECOND TRUST DEED HOLDER NATIONAL CITY BANK**<br><br>Date:   9/17/09<br>Time:  11:00 a.m.<br>Place:  Courtroom 1375<br>           U.S. Bankruptcy Court<br>           255 E. Temple Street, 13th Floor<br>           Los Angeles, CA 90012 |

    A hearing regarding the "Motion For Order To Avoid Lien of Second Trust Deed Holder National City Bank" (the "Motion") filed by Duglas Arango Arreaga and Rosa D. Arreaga (the "Debtors") was held at the above-referenced date and time; appearances were as stated on the record. Having reviewed the Motion and all papers submitted in support thereof; no opposition thereto having been filed; and good cause appearing therefor, it is hereby:

    ORDERED, that the claim secured by the junior deed of trust held by National City Bank against the real property described in the Motion (the "Property") will be treated as an unsecured nonpriority claim pursuant to the provisions of the Debtors' chapter 13 plan and any Court-approved

Case 2:09-bk-26487-AA    Doc 25    Filed 09/24/09    Entered 09/24/09 08:50:12    Desc
Main Document    Page 2 of 6

1  modifications thereto (the "Plan"), such that the claim will be paid pro rata with other allowed
2  unsecured nonpriority claims; and it is further
3      ORDERED, that upon the completion of all payments under the Plan and upon entry of a
4  discharge pursuant to 11 U.S.C. § 1328 in this case, the lien arising from the junior deed of trust
5  against the Property will be void and will not constitute an encumbrance on the Property; and it is
6  further
7      ORDERED, that the beneficiary of the junior trust deed will retain its lien against the Property
8  to the extent recognized by applicable nonbankruptcy law unless and until the Debtors fully perform
9  under the Plan and the Debtors receive a discharge pursuant to 11 U.S.C. § 1328.

###



DATED: September 24, 2009

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4050 Katella Ave., Ste. 201
Los Alamitos, CA 90720

A true and correct copy of the foregoing document described **Proposed Order Granting Motion For Order To Avoid Lien of Second Trust Deed Holder National City Bank**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pur suant  to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **9/22/09** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **9/22/09** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Alan M. Ahart

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/22/09 | Susan P. Jensen | */s/ Susan P. Jensen* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**CHAPTER 13 TRUSTEE**

Nancy K. Curry
Chapter 13 Trustee
606 S. Olive St., Ste. 1850
Los Angeles, CA 90014

**UNITED STATES TRUSTEE**

United States Trustee
725 S. Figueroa St., 26th Fl
Los Angeles, CA 90017

**SECOND DEED OF TRUST HOLDER**

President
National City Bank
c/o PNC Financial Services Group
1900 East Ninth Street
Cleveland, OH 44114-3484

President
National City Bank
c/o PNC Financial Services Group
Two PNC Plaza 620 Liberty Ave.
Pittsburgh, PA 15222

Green Tree Servicing LLC
c/o CT Corporation System as Registered Agent
1100 Landmark Towers 345 St. Peter Street
St. Paul, MN 55102

**NOTE TO USERS OF THIS FORM:**
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **Order Granting Motion For Order To Avoid Lien of Second Trust Deed Holder National City Bank** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **9/22/09**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Kathy A. Dockery, Chapter 13 Trustee    efiling@CH13LA.com
- United States Trustee (LA)                        ustpregion16.la.ecf@usdoj.gov
- Gary Leibowitz    attorneygary@gmail.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtors:  Duglas and Rosa Arreaga, 10230 San Anselmo Ave., South Gate, CA 90280

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION (if needed)**:

**II.SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**SECOND DEED OF TRUST HOLDER**

President
National City Bank
c/o PNC Financial Services Group
1900 East Ninth Street
Cleveland, OH 44114-3484

President
National City Bank
c/o PNC Financial Services Group
Two PNC Plaza 620 Liberty Ave.
Pittsburgh, PA 15222

Green Tree Servicing LLC
c/o CT Corporation System as Registered Agent
1100 Landmark Towers 345 St. Peter Street
St. Paul, MN 55102